JS6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 21 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CHRISTIAN AGUILAR,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN,<br><br>    Respondent. | Case No. CV 10-9599-MMM (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: December 21, 2010

Margaret M. Morrow
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 22 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY